FILED

2018 AUG 22 AM 9:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  PLAINTIFF(S) | CASE NUMBER |
| v. | 18CR 10287 |
| Oghenetchouwe Adeger Ederaine Jr  DEFENDANT(S). | 18MJ02195 |

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __Indictment__
in the _____ District of __Massachusetts__ on __8/21/2018__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1956(h)__
to wit: __bank deposits, withdrawals and transfers__

A warrant for defendant's arrest was issued by: __Theresa Catino__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __8/22/18__, by

__CINDY L. ORELLANA__ (SEAL), Deputy Clerk.

__/s/__                                __Michael Livingood__
Signature of Agent                     Print Name of Agent

__Federal Bureau of Investigation__    __Special Agent__
Agency                                 Title