FILED

2018 AUG 22 AM 9:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
OGHENETCHOUWE ADEGAR EDERAINE JR.

CASE NUMBER: 18MJ02195

REPORT COMMENCING CRIMINAL ACTION

USMS# _____   DEFENDANT

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/22/2018  6:15   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956(h) Conspiracy to Engage in Money Laundering

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: ~~__/__~~/1989

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Michael Livingood   (please print)
12. Office Phone Number: 857-386-2120   13. Agency: FBI
14. Signature: [signature]   15. Date: 08/22/2018

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION