SEALED                              FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

2018 AUG 22 AM 9:26
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

United States of America
v.
OGHENETCHOUWE ADEGOR EDERAINE JR., a/k/a Ochenetchouwe Adegor, a/k/a David Tecum, a/k/a Gary Dube, a/k/a Joel Akibo, a/k/a James Oliver, a/k/a Isreal Patrick, and a/k/a Michael Baker

Case No. 18CR10287

Defendant

## ARREST WARRANT  18 MJ02195

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OGHENETCHOUWE ADEGOR EDERAINE JR.
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) (Conspiracy to Engage in Money Laundering)

Date: 08/21/2018

_Theresa Catino_
Issuing officer's signature

Theresa Catino, Deputy Clerk
Printed name and title

City and state: Boston, MA

### Return

This warrant was received on *(date)* 08/21/2018, and the person was arrested on *(date)* 08/22/2018
at *(city and state)* Los Angeles, California.

Date: 08/22/2018

_signature_
Arresting officer's signature

Michael Livingood/Special Agents
Printed name and title